Certificate Number: 05781-LAW-DE-041483919

Bankruptcy Case Number: 26-80452

05781-LAW-DE-041483919

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2026, at 2:47 o'clock PM PDT, Rhley Lockwood completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Louisiana.

Date: September 24, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President